## NEGIM & CO. v. GARRISON.

No. 13173—Opinion Filed Sept. 30, 1924.

Error from County Court, Ottawa County; Q. P. McGhee, Judge.

Action between Negim & Company and Effie Garrison. From the judgment, the former appeals. Reversed and remanded.

Frank Nesbitt, for plaintiff in error.

Burns & Turner, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, the cause is reversed and remanded for new trial, for failure of defendant in error to comply with rule 7 of this court.

By the Court: It is so ordered.